IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR55 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JIMMY KING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Jimmy King (King) (Filing No.16). Ms. Hansen represents she has a conflict of interest in this matter. Ms. Hansen's motion to withdraw (Filing No. 16) is granted. A. Michael Bianchi, 1411 Harney Street #200, Omaha, NE 68102 (402) 346-6700, is appointed to represent King for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Bianchi with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to King's defense.

The clerk shall provide a copy of this order to Mr. Bianchi, and Mr. Bianchi shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 29th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge